# United States Court of Appeals
## For the First Circuit

No. 19-1816

UNITED STATES,

Appellee,

v.

YARLIN GARCIA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on December 16, 2020, is amended as follows:

On page 2, line 5, delete "[Add. 16]"

On page 4 lines 7-8, replace "United States v. Almonte-Báez" with "United States v. Almonte-Báez"